UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CARL SAHM,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>Defendant. | No. 2:19-cv-02515 TLN GGH P<br><br><br>ORDER |

On July 20, 2020, plaintiff filed a motion for a 90-day extension of time. ECF No. 16. In his motion, plaintiff sought to file an amended Section 1983 complaint. Id. However, because plaintiff had a pending Section 1983 complaint awaiting screening (ECF No. 14), the undersigned construed the motion as a request for leave from the court to file an amended Section 1983 complaint. ECF No. 17. On July 27, 2020, the undersigned granted plaintiff's motion for leave to amend in part and granted plaintiff 45 days to file an amended Section 1983 complaint. Id. On July 30, 2020 and August 3, 2020, plaintiff filed "supplements" which appear to include new claims and exhibits. See ECF Nos. 18, 19. Plaintiff also appears to request for an additional 90-day extension of time to be able to file additional 602 grievances he has submitted. See ECF Nos. 18 at 5; 19 at 3. Plaintiff appears to cite the COVID pandemic and limited access to the law library as "good reason[s]" to grant the extension to file an amended Section 1983 complaint. Id.

1

However, the undersigned warned plaintiff in its July 27, 2020 order that "[n]o further extensions shall be granted as the need to file a Section 1983 action has been pending since February of this year." ECF No. 17 at 2. The undersigned will deny petitioner's request for a 90-day extension of time. Plaintiff will be required to file his amended Section 1983 complaint within fourteen days. Failure to do so will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his amended Section 1983 complaint within 14 days from the date of this order; and

2. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: October 19, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

2